IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| EASTERN ATLANTIC STATES REGIONAL COUNCIL OF CARPENTERS<br><br>v.<br><br>P. SANTOS CO., INC. | CIVIL ACTION<br><br>NO. 22-613 |
|---|---|

### ORDER RE: PETITIONER'S MOTION TO CONFIRM ARBITRATION AWARD AND FOR ENTRY OF JUDGMENT

**AND NOW**, this 17th day of May, 2022, for the reasons stated in the foregoing memorandum and after careful consideration of Petitioner Eastern Atlantic States Regional Council of Carpenters' Motion to Confirm Arbitration Award and for Entry of Judgment (ECF 2), Respondent P. Santos Co., Inc.'s Response (ECF 9), and Petitioner's Reply (ECF 12), it is hereby **ORDERED** that Petitioner's Motion is granted. The Arbitration Award and Order of January 28, 2022, is **CONFIRMED**.

BY THE COURT:

/s/ MICHAEL M. BAYLSON
_____
MICHAEL M. BAYLSON, U.S.D.J.

O:\CIVIL 22\22-613 Eastern Atlantic Sales Regional Council of Carpenters v. P. Santos Co., Inc\22cv613 Order re Arbitration Award.docx

1